**Dismissed and Memorandum Opinion filed November 20, 2014.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-14-00597-CV**

---

**GIJOY TECHNOLOGY, INC. AND GILBERT CRUZ, Appellants**

**V.**

**JAMES WASHINGTON & PRENTICE AND HELEN SLAUGHTER, Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-33288**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 1, 2014. The notice of appeal was filed July 22, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

On October 14, 2014, this court ordered appellants to pay the appellate filing fee on or before October 29, 2014, or the appeal would be dismissed. Appellants have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justice Christopher and Busby.